1  Joseph S. Kistler (admitted pro hac vice)
   HUTCHISON & STEFFEN, LLC
2  Peccole Professional Park
   10080 West Alta Drive, Suite 200
3  Las Vegas, NV 89145
   Telephone No.: 702.385.2500
4  Fax No.: 702.385.2086
   E-Mail: jkistler@hutchlegal.com
5
   Jess R. Bressi, State Bar No. 110264
6  Ryan C. Stottlemyer, State Bar No. 212632
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
7  2050 Main Street, Suite 600
   Irvine, California 92614
8  Telephone No.: 949.732.3700
   Fax No.: 949.251.5862
9  E-Mail: jbressi@luce.com
   E-Mail: rstottlemyer@luce.com
10
   *Attorneys for Defendant, Counterclaimant and*
11 *Third-Party Plaintiff, Mark J. Wattles*

12

                    UNITED STATES DISTRICT COURT
13
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
                              OAKLAND DIVISION
15

16 | SYNNEX CORPORATION, a Delaware     ) Case No. 4:11-cv-01496-LB
   | Corporation,                        )
17 |                                     ) HONORABLE PHYLLIS J.
   |         Plaintiff,                  ) HAMILTON
18 |                                     )
   | v.                                  ) ORDER DEYING REQEST TO MOVE
19 |                                     ) [PROPOSED] ORDER MOVING
   | MARK J. WATTLES, an individual; and ) HEARING DATE ON MOTION TO
20 | DOES 1 to 10, inclusive,            ) DISMISS
   |                                     )
21 |         Defendant.                  )
   |                                     )
22 | MARK J. WATTLES, an individual,     )
   |                                     )
23 |         Counterclaimant,            )
   |                                     )
24 | v.                                  )
   |                                     )
25 | SYNNEX CORPORATION, a Delaware      )
   | Corporation,                        )
26 |                                     )
   |         Counterdefendant.           )
27 |                                     )

28

|     |     |
| --- | --- |
| 1   | MARK J. WATTLES, an individual, |
| 2   |       Third-Party Plaintiff, |
| 3   | v. |
| 4   | HEWLETT-PACKARD COMPANY, a Delaware Corporation; and NEW AGE ELECTRONICS, INC., a California Corporation. |
| 5   |  |
| 6   |  |
| 7   |       Third-Party Defendants. |

WHEREAS, the Motion to Dismiss filed by Hewlett-Packard Company is set for hearing on August 10, 2011 at 9:00 a.m. and the Case Management Conference is set for August 11, 2011 at 2:00 p.m. and the parties have requested that the hearing on the Motion to Dismiss be moved to August 11th at 2:00 p.m.

It is HEREBY ORDERED that the hearing on the Motion to Dismiss filed by Hewlett-Packard Company set for hearing on August 10, 2011 at 9:00 a.m. is moved to August 11, 2011 at 2:00 p.m. to coincide with the Case Management Conference setting.

DATED this _9th_ day of August, 2011.

REQUEST DENIED.
THERE IS NO COURT REPORTER AT THE CASE MANAGEMENT CONFERENCE. HOWEVER, THE CMC CAN BE ADVANCED TO WEDNESDAY AUGUST 10, 2011 AT 9:00 A.M. IF ALL PARTIES PREFER.



DENIED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

HONORABLE _____
DISTR... Judge Phyllis J. Hamilton

Case No. 4:11-cv-01496-PJH
[PROPOSED] ORDER MOVING
HEARING DATE ON MOTION TO DISMISS