UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION, | Case No.: C-11-01496-YGR |
| Plaintiff, | **ORDER TO SHOW CAUSE AND NOTICE RE-SETTING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| MARK J. WATTLES, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Counsel of record for both Plaintiff and Defendant are HEREBY ORDERED TO SHOW CAUSE on March 30, 2012 at 2:00 p.m. regarding why the parties should not be sanctioned for failing to comply with the Court's Standing Order regarding submitting a Joint Case Management Conference Statement. The Court's Standing Order in Civil Cases states at Section 6: "Joint case management statements are required and must be filed fourteen days in advance of the case management conference date." The joint statement was due on March 5, 2012 and still has not been filed. The parties have known about the March 19, 2012 conference date since January 20, 2012. (Dkt. No. 59.)

Both parties have filed motions to appear by telephone at the March 19, 2012 Case Management Conference. (Dkt. Nos. 61 & 62.) The Court notes that L.R. 16-10 requires that requests to participate in a conference by telephone must be filed and served at least 7 days before the conference. As such, these applications are untimely. However, due to Defendant's counsel's medical condition, the Court hereby VACATES the March 19, 2012 conference and re-sets it to coincide with the March 30, 2012 Order to Show Cause Hearing at 2:00 p.m. Telephonic appearances will be permitted in consideration of Defendant's counsel's medical condition.

No later than March 23, 2012, the parties shall file their Joint Case Management Conference Statement *and* a joint statement regarding why sanctions should not issue for their failure to comply with the Court's Standing Order.

This Order terminates Dkt. Nos. 61 & 62.

United States District Court
Northern District of California

1

**IT IS SO ORDERED.**

2

3   Dated: March 16, 2012

4

_____

**YVONNE GONZALEZ ROGERS**

**UNITED STATES DISTRICT COURT JUDGE**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

Northern District of California