AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT
## Northern District of California

| | | |
|---|---|---|
| SYNNEX CORPORATION, | | CONSENT ORDER GRANTING |
| | Plaintiff (s), | SUBSTITUTION OF ATTORNEY |
| v. | | |
| MARK J. WATTLES | | CASE NUMBER: 4:11-CV-01496-YGR |
| | Defendant (s), | |

Notice is hereby given that, subject to approval by the court, MARK J. WATTLES substitutes (Party (s) Name)

Ryan E. Warren, Esq. , State Bar No. Pro Hac Vice Application Forthcoming as counsel of record in
(Name of New Attorney)

place of Joseph S. Kistler.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Polsinelli Shughart LLP |
| Address: | 1515 Wynkoop Street, Suite 600, Denver, CO 80202 |
| Telephone: | (303) 572-9300    Facsimile (303) 572-7883 |
| E-Mail (Optional): | rwarren@polsinelli.com |

I consent to the above substitution.

Date:   April 2, 2012

Mark J. Wattles
_(signature)_
(Signature of Party (s))

I consent to being substituted.

Date:   April 2, 2012

Joseph S. Kistler
_(signature)_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:   April 2, 2012

Ryan E. Warren
_(signature)_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   April 11, 2012

_(signature)_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com