AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

SYNNEX CORPORATION,

      Plaintiff (s),

v.

MARK J. WATTLES

      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:11-CV-01496-YGR

Notice is hereby given that, subject to approval by the court, __MARK J. WATTLES__ substitutes
(Party (s) Name)

__Ryan E. Warren, Esq.__ , State Bar No. __Pro Hac Vice Application Forthcoming__ as counsel of record in
(Name of New Attorney)

place of __Joseph S. Kistler__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:  Polsinelli Shughart LLP
 Address:   1515 Wynkoop Street, Suite 600, Denver, CO 80202
 Telephone:  (303) 572-9300    Facsimile (303) 572-7883
 E-Mail (Optional): rwarren@polsinelli.com

I consent to the above substitution.

Date: April 2, 2012

Mark J. Wattles
_(Signature of Party (s))_

I consent to being substituted.

Date: April 2, 2012

Joseph S. Kistler
_(Signature of Former Attorney (s))_

Ryan E. Warren

I consent to the above substitution.

Date: April 2, 2012

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: April 11, 2012

_Judge_

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com