AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

SYNNEX CORPORATION,

                 Plaintiff (s),

   v.

MARK J. WATTLES

                 Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:11-CV-01496-YGR

Notice is hereby given that, subject to approval by the court, MARK J. WATTLES substitutes
(Party (s) Name)

Wesley D. Hurst, Esq. , State Bar No. 127564 as counsel of record in
(Name of New Attorney)

place of Ryan C. Stottlemyer
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name: Polsinelli Shughart LLP
   Address: 1801 Century Park East, Suite 1801, Los Angeles, California 90067
   Telephone: (310) 203-5337   Facsimile (310) 556-1802
   E-Mail (Optional): whurst@polsinelli.com

I consent to the above substitution.

Date: May 8, 2012

Mark J. Wattles

(Signature of Party (s))

I consent to being substituted.

Date: May 8, 2012

Ryan C. Stottlemyer

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: May 8, 2012

Wesley D. Hurst

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 11, 2012

Yvonne Gonzalez Rogers  US District Judge
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com