UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>MARK J. WATTLES,<br><br>    Defendant. | Case No.: C-11-01496-YGR<br><br>**ORDER TO SHOW CAUSE** |

    Plaintiff's counsel, Jeffrey M. Galen, is hereby **ORDERED TO SHOW CAUSE** why Plaintiff's Motion for Summary Judgment ("Motion") should not be denied as untimely. Plaintiff filed its Motion on August 20, 2012 for hearing on September 25, 2012. The deadline for the Court to hear dispositive motions was August 7, 2012 (*see* Dkt. Nos. 59, 85 & 106), and thus Plaintiff was required to file the Motion by July 3, 2012. Moreover, Plaintiff has failed to comply with this Court's Standing Order in Civil Cases at section 9 regarding motions for summary judgment.

    A hearing on this Order to Show Cause shall be held on Friday, August 31, 2012 on the Court's 9:01a.m. calendar in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5. By five (5) business days prior to the hearing, Plaintiff's counsel must file a written response to this Order to Show Cause, if he contests it, and must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a written response or to appear personally will be deemed an admission that no good cause exists for Plaintiff's counsel's failures and that the Motion should be denied as untimely.

    **IT IS SO ORDERED.**

Dated: August 21, 2012

                                                                      **YVONNE GONZALEZ ROGERS**
                                                                      **UNITED STATES DISTRICT COURT JUDGE**