UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION,<br><br>        Plaintiff,<br><br>    vs.<br><br>MARK J. WATTLES,<br><br>        Defendant. | Case No.: C-11-01496-YGR<br><br>**ORDER SETTING BRIEFING ON MOTION FOR SUMMARY JUDGMENT AND CONTINUING HEARING** |

The Court has received Defendant Mark Wattles' response to Plaintiff Synnex Corporation's request for a pre-summary judgment motion conference. (Dkt. Nos. 110 & 115.) Plaintiff has already filed its motion for summary judgment and noticed the hearing for September 25, 2012. (Dkt. No. 107.) The Court hereby sets the following schedule for briefing on the motion:

|   |   |
|---|---|
| Opposition to be filed by: | September 13, 2012 |
| Reply to be filed by: | September 20, 2012 |
| Hearing continued to: | October 9, 2012 at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: August 29, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**