UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNNEX CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>MARK J. WATTLES,<br><br>    Defendant. | Case No.: C-11-01496-YGR<br><br>**ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT** |

The Court has received the parties' Joint Stipulation to Continue Motion for Summary Judgment. (Dkt. No. 129.) The Court notes that despite the parties' stipulation to this continuance, it was improper for the parties to have delayed until the Friday before the hearing date to file their request with the Court.

In light of the Stipulation, the Court will continue the hearing on the summary judgment motion until October 30, 2012 at 2:00 p.m. The parties are reminded that their Joint Pretrial Statement is due on November 2, 2012 and the Pretrial Conference is scheduled for November 16, 2012. Trial is scheduled for December 10, 2012. The Court **will not extend any trial deadlines** in light of the re-set summary judgment hearing date. The parties are expected to comply with all trial deadlines and requirements as set forth in the Court's trial standing order.

The Court further notes that both parties were ordered to comply with the Civil Local Rules regarding authentication of evidence in support of or in opposition to the summary judgment motion. (Dkt. No. 125.) Plaintiff's counsel filed a declaration regarding service of its separate statement, but did not authenticate any of its evidence in support of the summary judgment motion. (Dkt. No. 126.) Defendant's counsel filed a declaration in response to the Court's Order. (Dkt. No. 128.) Plaintiff is hereby **ORDERED** to file a declaration authenticating its evidence in compliance with Civ. L.R. 7-5 by Friday, October 19, 2012 at 12:00 p.m.

This Order terminates Dkt. No. 129.

**IT IS SO ORDERED.**

Dated: October 15, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**