Jeffrey M. Galen, Esq. [SBN 134705]
Glenn D. Davis, Esq. [150744]
GALEN & DAVIS, LLP
16255 Ventura Blvd., Suite 440
Encino, CA 91436
(818) 986-5685 (telephone)
(818) 986-1859 (facsimile)
EMAIL: jeffrey.galen@galendavislaw.com

Attorney for Plaintiff, Synnex Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| SYNNEX CORPORATION, a Delaware Corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>MARK J. WATTLES, an individual; and DOES 1 to 10, inclusive,<br><br>  Defendants.<br><br>AND RELATED CROSS ACTION | Case No. 11-01496 ~~PJH~~ YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*
Date: 11/28/12

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(I)**

Pursuant to F.R.C.P. 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure,

Plaintiff, Synnex Corporation and their counsel hereby give notice that the above-

1

captioned action is voluntarily dismissed, with prejudice against the Defendant, Mark J. Wattles.

Dated: November 27, 2012

By: GALEN & DAVIS LLP

Jeffrey M. Galen, Esq. [SBN 134705]
GALEN & DAVIS, LLP
16255 Ventura Blvd., Suite 440
Encino, CA 91436
(818) 986-5685 Telephone
(818) 986-1859 Facsimile
Attorneys for Plaintiffs,
SYNNEX CORPORATION
NEW AGE ELECTRONICS, INC.